FILED

MAR - 8 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15cr0350-GPC |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| KIMBERLY DAWN ISHMURATOV (1), ANNALICIA ROSE SANCHEZ-MONROS (2), | |
| Defendants. | |

Upon motion of the United States of America and good cause appearing, the Information in the above entitled case is dismissed with prejudice as to both Defendants, the bonds are exonerated and, if held by U.S. Pretrial Services, Defendants' passports are to be released to both Defendants: Kimberly Dawn Ishmuratov and Annalicia Rose Sanchez-Monros. Status hearing set for 3/10/2016 vacated.

IT IS SO ORDERED.

DATED: 3-8-2016

HONORABLE PETER C. LEWIS
United States Magistrate Judge